IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, | ) No.   19-CV-00047 |
| | ) |
| Plaintiff, | ) PLAINTIFF'S REQUEST FOR |
| vs. | ) ORAL ARGUMENT ON |
| | ) MOTION TO DISMISS |
| UNIVERSITY OF IOWA;  et al | ) |
| | ) **UNRESISTED** |
| Defendants. | ) |

COMES NOW, Plaintiff, through counsel, and hereby requests oral argument on

the pending Motion to Dismiss.  In support, Plaintiff states:

1.      There is a pending Motion to Dismiss by Defendants.  Given the

factual and legal complexity of the case, Plaintiff requests oral argument.

2.      Defendants do not resist.

3.      A one hour hearing should be sufficient.

4.       If motion is granted, the Parties can call in to this Court's assistant to

arrange a mutually agreeable time.

For the above reasons, Plaintiff request oral argument.

RESPECTFULLY SUBMITTED,

/s/ Rockne Cole

_____

ROCKNE COLE
Cole Law Firm, PC
209 E. Washington, Ste. 304
Iowa City, IA  52240
(319)519-2540
(319)359 4009   FAX
rocknecole@gmail.com

1

Iowa Pin AT1675
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**
I, Rockne Cole, hereby certify that a copy of the
for the foregoing motion was served via EM-ECF
on January 29, 2020.
/s/ Rockne Cole

_____