**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS, STATE OF IOWA, TIFFINI STEVENSON EARL, individually and in official capacity, IRIS FROST, individually and in official capacity, LYN REDINGTON, individually and in official capacity, ANGIE REAMS in official capacity, CONSTANCE SCHRIVER CERVANTES, individually and in official capacity, JOHN KELLER, individually and in official capacity, MONIQUE DICARLO, individually and in individual capacity, MARK BRAUN, individually and in official capacity,<br><br>   Defendants. | **CASE NO. 3-19-CV-00047**<br><br><br><br>**JOINT REQUEST TO CANCEL STATUS CONFERENCE** |

     Pursuant to the Court's March 3, 2020 Order [Doc. 71], the parties have conferred and agree that a status conference is not required at this time. The parties believe that they are currently on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan. As such, the parties request that the status conference currently set for June 8, 2020 be cancelled.

                        Respectfully Submitted,

                        **THOMAS J. MILLER**
                        Attorney General of Iowa

                        ***/s/ Kayla Burkhiser Reynolds***
                        KAYLA BURKHISER REYNOLDS

*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-7240
FAX: (515) 281-7219
christopher.deist@ag.iowa.gov
kayla.burkhiser@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*/s/ Rockne Cole*
ROCKNE COLE
209 E. Washington Street, Suite 304
Iowa City, Iowa 52240
(319) 774-8552
rockne@colelawfirmiowa.com
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 4, 2020:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/AUDRA DRISH