# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS, STATE OF IOWA, TIFFINI STEVENSON EARL, individually and in official capacity, IRIS FROST, individually and in official capacity, LYN REDINGTON, individually and in official capacity, ANGIE REAMS in official capacity, CONSTANCE SCHRIVER CERVANTES, individually and in official capacity, JOHN KELLER, individually and in official capacity, MONIQUE DICARLO, individually and in individual capacity, MARK BRAUN, individually and in official capacity,<br><br>　　Defendants. | CASE NO. 3-19-CV-00047<br><br><br><br>**DEFENDANTS' UNRESISTED MOTION FOR CONTINUANCE OF TRIAL AND ATTENDANT DEADLINES** |

　　COME NOW Defendants, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(j), and move the Court for a continuance of the trial in this matter and an extension of all the attendant deadlines, and in support of their motion state to the Court as follows:

　　1.　　On October 13, 2020, Defendants moved for an extension of the summary judgment deadline, which was then set for November 16, 2020. *See* Document 124. Defendants cited delays in production of the relevant deposition transcripts needed to complete their motion for summary judgment. *Id.*

1

2.  The Court granted Defendants' motion on October 15, 2020. Document 124. In its Order, the Court noted that the "Parties should be aware that this extension may negatively impact the Parties' trial date." *Id.*

3.  As a result, dispositive motions are currently due November 16, 2020.

4.  Unfortunately, the parties have not yet received transcripts of depositions that have been completed so far in this case. Defense counsel received an email from the court reporter on October 28, 2020, indicating that the needed transcripts have not yet been completed and that she is not sure when they will be finished.

5.  Defendants made diligent attempts to schedule depositions with Plaintiff's counsel over the past several months. Despite their best efforts, depositions were not scheduled until the month of October. The last deposition in this matter was taken on October 14, 2020. Discovery in this case closed October 19, 2020.

6.  Without a complete set of deposition transcripts, Defendants will be at a substantial disadvantage in completing their Motion for Summary Judgment.

7.  Defendants acknowledge that the Court has indicated that "no further extensions will be granted" in this case. *See* Document 41. At this juncture, without any ability to control the production deadline on the deposition transcripts and unable to provide the Court with any suggested extension on the dispositive motions deadline, Defendants respectfully request that the Court continue the trial of this matter and all of the attendant deadlines.

8.  Upcoming deadlines include the dispositive motions deadline (11/16/2020), the deadline for motions in limine (1/27/2021), the pretrial filings deadline (2/12/2021), and the final pretrial conference (2/17/2021).

9.     Trial in this matter is set to begin March 29, 2021. Any further extensions of the summary judgment deadline will unnecessarily compress the timeline for the Court's consideration of Defendants' motion.

10.    Defendants assert that the reasons cited above are "good cause" for continuing the trial of this matter, the dispositive motions deadline, and all the other attendant deadlines. *See* Federal Rule of Civil Procedure 6(b)(1)(A); LR 7(j).

11.    Defense counsel has discussed the need for a continuance of this matter with Plaintiff's counsel and Plaintiff's counsel has no objection.

WHEREFORE, Defendants pray the Court enter an Order continuing the trial of this matter, the dispositive motions deadline, and all other attendant deadlines, and setting a scheduling conference.

Respectfully Submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Kayla Burkhiser Reynolds*
KAYLA BURKHISER REYNOLDS
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-7240
FAX: (515) 281-7219
christopher.deist@ag.iowa.gov
kayla.burkhiser@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

4

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 28, 2020:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: /s/*Audra Drish*

4