**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF IOWA; BOARD OF REGENTS, STATE OF IOWA, TIFFINI STEVENSON EARL, individually and in official capacity, IRIS FROST, individually and in official capacity, LYN REDINGTON, individually and in official capacity, ANGIE REAMS in official capacity, CONSTANCE SCHRIVER CERVANTES, individually and in official capacity, JOHN KELLER, individually and in official capacity, MONIQUE DICARLO, individually and in official capacity, MARK BRAUN, individually and in official capacity, <br><br> Defendants. | | **CASE NO. 3-19-CV-00047** <br><br><br><br> **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE TRIAL** |

**COME NOW** Defendants and submit their response to Plaintiff's motion to continue trial, and state as follows:

1. A five-day jury trial in this matter is currently scheduled to begin on July 19, 2021.

2. On January 15, 2021, Defendants filed their motion for summary judgment. As a result, Plaintiff's deadline to file a resistance to Defendant's motion is set for February 5, 2021.

1

3. Hearing on Defendants' motion is scheduled for March 5, 2021.

4. In his motion for continuance, Plaintiff proffered several factual claims in an effort to establish good cause supporting a continuance of the trial date, or alternatively supporting a two-week extension to his resistance deadline.

5. Defendants dispute the implications arising from Plaintiff's summary of events, as Plaintiff's summary is incomplete and/or misleading.

6. First, Plaintiff insinuates that the undersigned tricked Plaintiff into agreeing to cancel a status conference with the Court scheduled for December 11, 2020, by informing Plaintiff that the undersigned did not anticipate any "major issues" with Defendants' responses to Plaintiff's discovery requests.

7. Defendants worked diligently to produce responsive documents and relevant objections to Plaintiff's lengthy and broad requests, including by applying a rolling production of documents and responses.

8. Second, Plaintiff states that Defendants submitted their discovery responses on December 29, 2020. This is inaccurate and misleading – Defendants submitted the bulk of their responses on December 4, 2020, with the remainder of their responses submitted on December 29.

9. Plaintiff then waited until January 11, 2021, before raising any alleged deficiencies or disputes to Defendants' responses, the same week as the deadline for filing summary judgment, which fell on January 15, 2021.

10. While Defendants disputed that their responses were deficient, Defendants nonetheless worked diligently to arrive at a fair agreement to resolve the issues in a timely manner, including offering to submit supplemental productions of documents which Defendants believed to fall outside of the scope of Plaintiff's

original requests. This effort was admittedly frustrated by inconsistencies in Plaintiff's positions, creating a moving target of sorts for Defendants to address.

11. An additional aspect to the parties' negotiations was the consideration of a joint or unresisted motion for continuance, with the goal being to shift the relevant summary judgment deadlines and allow for more time for Defendants to collect and produce the agreed upon documents and for Plaintiff to review accordingly.

12. However, concerned with the rapidly approaching summary judgment deadline, Defendants proceeded with filing their motion for summary judgment on January 15, 2021, while also proceeding with the abovementioned supplemental productions.

13. Defendants produced the first batch of supplemental productions on January 22, 2021, with the final, limited batch produced on January 29, 2021.

14. Defendants resist Plaintiff's request for a continuance of the trial date, as written in his motion. As noted above, the original contemplated purpose of such a continuance was to shift the relevant summary judgment deadlines. However, now that the Court has scheduled a hearing on Defendants' motion for March 5, 2021, any continuance to the trial date would not achieve the originally contemplated goal and serve no other useful purpose.

15. Additionally, Defendants resist Plaintiff's request for a two-week extension to his resistance deadline. Such an extension would set his deadline for February 19, 2021, and subsequently set Defendants' reply deadline on February 26, 2021, merely a week prior to the scheduled hearing.

16. Furthermore, the requested extension would allow for Plaintiff to have had Defendants' summary judgment materials for more than a month prior to filing his

resistance, and full production of the requested documents approximately three weeks ahead of his deadline. This would unfairly benefit Plaintiff and unjustly prejudice Defendants solely for abiding by the existing filing deadline.

17. As such, for the sake of ensuring the Court has sufficient time to review all of the summary judgment materials ahead of the March 5, 2021, hearing and for the sake of fairness, Defendants resist Plaintiff's request for a two-week extension.

18. However, in light of the discussion held during the status conference on February 3, 2021, Defendants do not object to the Court's plan for extending Plaintiff's summary judgment resistance deadline to two-weeks out from the filing of the Court's ruling on Plaintiff's motion to compel, with the understanding that this will likely mean the March 5, 2021 hearing will also be rescheduled.

## CONCLUSION

**WHEREFORE** Defendants respectfully request the Court deny Plaintiff's request for a continuance of trial date and partially deny Plaintiff's alternative request for a two-week extension of his summary judgment resistance filing deadline.

Respectfully Submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

***/s/ Kayla Burkhiser Reynolds***
KAYLA BURKHISER REYNOLDS
***/s/ Christopher J. Deist***
CHRISTOPHER J. DEIST
Assistant Attorneys General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-7240
FAX: (515) 281-7219
kayla.burkhiser@ag.iowa.gov
christopher.deist@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 5 2021:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*