# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JOHN DOE,

                      **CIVIL NUMBER: 3:19-cv-00047-RGE-HCA**

    Plaintiff(s),

  v.                            **JUDGMENT IN A CIVIL CASE**

UNIVERSITY OF IOWA; BOARD OF
REGENTS, STATE OF IOWA; TIFFINI STEVENSON EARL; IRIS FROST; LYN REDINGTON; ANGIE REAMS; CONSTANCE SCHRIVER CERVANTES; JOHN KELLER; MONIQUE DICARLO; and MARK BRAUN,

    Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Defendants' Motion for Summary Judgment is granted. Judgment is entered in favor of Defendants' and against Plaintiff.

Date: September 21, 2021

                                        CLERK, U.S. DISTRICT COURT

                                        /s/ Brian Phillips

                                        By: Deputy Clerk