# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3340

John Doe

Appellant

v.

University of Iowa, et al.

Appellees

___

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:19-cv-00047-RGE)

___

**ORDER**

Appellant's motion for extension of time to file the brief and addendum is granted. Brief of appellant due 01/26/2022. Rockne Ole Cole's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Rockne Ole Cole may file a brief not to exceed 17,000 words.

January 18, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans