## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-3340

John Doe

Appellant

v.

University of Iowa, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:19-cv-00047-RGE)

---

**ORDER**

Appellant's motion for extension of time to file the appendix is granted. Appendix due January 28, 2022.

January 24, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans