# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3340

John Doe

Appellant

v.

University of Iowa, et al.

Appellees

------------------------------

Stop Abusive and Violent Environments

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:19-cv-00047-RGE)
_____

**ORDER**

The appellees' motion to dismiss and strike portions of the appellant brief is denied. The appellant's motion to strike is denied. The brief of the appellees is due on March 31, 2022.

March 01, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans