## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-3340

John Doe

Appellant

v.

University of Iowa, et al.

Appellees

------------------------------

Stop Abusive and Violent Environments

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:19-cv-00047-RGE)

_____

**ORDER**

The appellant's motion to supplement the record is granted.

May 04, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans